UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL BROWN,

    Plaintiff,

                              Case No. 4:14-cv-14350
v.                            Magistrate Judge Anthony P. Patti

NICOLE CARTER, *et al.*,

    Defendants.
_____/

### ORDER DISMISSING THE CASE WITH PREJUDICE

On November 19, 2015, a settlement conference was held and a settlement was placed on the record before the Honorable Elizabeth A. Stafford. In the intervening two months, the parties failed to file a stipulated order dismissing the case. On January 29, 2016, the parties filed a full and final release, which is attached as Exhibit 1, acknowledging that Plaintiff received the amount agreed to in the settlement. Accordingly, the case is hereby dismissed with prejudice and without costs to any party. This resolves all remaining claims pending between the parties arising out of this action and closes the case.

    IT IS SO ORDERED.

Dated: February 2, 2016                s/Anthony P. Patti
                                              Anthony P. Patti
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 2, 2016, electronically and/or by U.S. Mail.

                                       s/Michael Williams  
                                       Case Manager for the  
                                       Honorable Anthony P. Patti